IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: EARL WILSON | : <br> : CIVIL ACTION No. 15-6385 <br> : <br> : <br> : (BANKRUPTCY No. 14-12720) <br> : <br> : |

## Order

**AND NOW**, this 27th day of December 2016, upon consideration of the Order of the Bankruptcy Court dated November 17, 2015 and corresponding written Memorandum Opinion, Appellant's Brief (Doc. Nos. 6-7), Appellee's Brief (Doc. No. 11), Appellant's Reply (Doc. No. 12), and the record on appeal, it is hereby **ORDERED** that:

1. The Bankruptcy Court's finding that the City of Philadelphia lacked standing to object to the provision of the Revised Fifth Amended Plan permitting Mr. Wilson to pay the redemption amount over the term of the Revised Fifth Amended Plan is **AFFIRMED**;

2. All other issues on appeal are **DISMISSED** for lack of standing; and

3. The Clerk of Court shall close this case for all purposes including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge